**FILED**

MAR 2 0 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Larbi Semiani, )
)
    Plaintiff, )
)
      v. )     Civil Action No. *14- 463*
)
USA-US Government, )
)
    Defendant. )
_____ )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is a resident of Algeria suing the United States. Plaintiff "declare[s] to be unlawfully, unreasonably, dishonestly excluded deliberately from my natural human civil need to access for an equal justice accordingly to the nature commun [sic] justice under God and worldwide[.]" Compl. at 1. He claims to be "a victim" of "serious" crimes, including "treason qualified of satanic action which [may] not be committed neither in USA and nor by the US Government." *Id.* The complaint continues in this incomprehensible manner and concludes with a request for an order for plaintiff to appear in court and to argue his case before a jury. *See id.* at 3. The complaint fails to provide any notice of a claim and, thus, will be dismissed. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: February 20, 2014